NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**AMEC FOSTER WHEELER ENVIRONMENT &
INFRASTRUCTURE, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE INTERIOR,**
*Appellee*

―――――――――――――

2020-1582

―――――――――――――

Appeal from the Civilian Board of Contract Appeals in Nos. 5168, 6298, Administrative Judge Kyle E. Chadwick, Administrative Judge Jeri Kaylene Somers, Administrative Judge Joseph A. Vergilio.

―――――――――――――

**JUDGMENT**

―――――――――――――

KAYTIE MICHELLE PICKETT, Jones Walker, LLP, Jackson, MS, argued for appellant.  Also represented by ANDREW R. LEE, New Orleans, LA; CHAD V. THERIOT, Atlanta, GA.

BRYAN MICHAEL BYRD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by

JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY; COLLEEN MICHELLE BURNIDGE, AMY MICHELLE SIADAK, Office of The Solicitor, United States Department of Interior, Lakewood, CO.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 3, 2021          /s/ Peter R. Marksteiner
     Date                     Peter R. Marksteiner
                                Clerk of Court